UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

Trustees of the Teamsters Local 456 Pension, Health & Welfare
Annuity, Education & Training, S.U.B. Industry Advancement
And Legal Services Funds and the Westchester Teamsters Local
Union No. 456,

                                                  Plaintiffs,

-against-

PUTNAM STONE & MASON SUPPLY, INC.,

                                                  Defendant.

----------------------------------------------------------------x

**RULE 7.1**

08 CIV. 4321

BRIEANT

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party.

None

Dated: April 29, 2008

_____
Karin Arrospide, Esq. (KA9319)