# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #   08 CIV. 4321                                         Purchased/Filed: May 7, 2008

STATE OF NEW YORK        UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT

---

*Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B., Industry Advancement and Legal Services Funds and the Westchester Teamsters Local*     Plaintiff

against

*Putnam Stone & Mason Supply, Inc.*                                                          Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY            SS.:

Jessica Miller , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on      May 12, 2008     , at   2:00pm  , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Rule 7.1 and Complaint

on

Putnam Stone & Mason Supply, Inc.                                                         , the

Defendant in this action, by delivering to and leaving with                Donna Christie                ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York,      2    true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of      40     dollars; That said service was made pursuant to Section   306 Business Corporation Law  .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age:     38      Approx. Wt:    145      Approx. Ht:    5'5"

Color of skin:    White     Hair color:    Blonde    Sex:    F     Other: _____

Sworn to before me on this

  13th   day of          May, 2008

_____
DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

_____
Jessica Miller

Invoice•Work Order # SP0804612

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**