# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

Trustees of the Teamsters Local 456 Pension, Health & Welfare Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456,

                                Plaintiffs,

-against-
                                                      **APPEARANCE**
                                                      08 Civ.4321 (CLB)

PUTNAM STONE & MASON SUPPLY, INC.,

                                Defendant.

-----------------------------------------------------------------x

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff

Trustees of the Teamsters Local 456 Pension, Health & Welfare Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456

I certify that I am admitted to practice in this court.

_7/18/08_
Date

_[signature]_
Signature
Giacchino Russo, Esq.     GR8313
Print Name                Bar Number
258 Saw Mill River Road
Address
Elmsford          NY         10523
City              State      Zip Code
(914) 592-5740    (914) 592-3213
Phone number      Fax number