# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
Trustees of the Teamsters Local 456 Pension, Health & Welfare Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456,

Plaintiffs,

-against-

08 Civ.4321 (CS)

**SUBSTITUTION OF ATTORNEY**

PUTNAM STONE & MASON SUPPLY, INC.,

Defendants.

-----------------------------------------------------------------x

PLEASE TAKE NOTICE, that Karin Arrospide, Esq., who was counsel of record for Plaintiff(s) in this action, is no longer associated with this firm, and that Giacchino Russo, Esq. is hereby substituted as counsel of record.

Dated: Elmsford, NY
August 12, 2008

Barnes, Iaccarino, Virginia,
Ambinder & Shepherd, PLLC

By: _____
Giacchino Russo, Esq. (GR8313)
258 Saw Mill River Road
Elmsford, NY 10523
(914) 592-1515

SO ORDERED:

_____
HONORABLE JUDGE CATHY SEIBEL, U.S.D.J