# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

TRUSTEES OF THE TEAMSTERS LOCAL 456 PENSION,
HEALTH & WELFARE, ANNUITY, EDUCATION & TRAINING,
S.U.B., INDUSTRY ADVANCEMENT AND LEGAL SERVICES
FUNDS,

Plaintiffs,

-against-

08 Civ. 4321 (CS)

**AFFIDAVIT
PURSUANT TO
LOCAL CIVIL
RULE 1.4**

PUTNAM STONE & MASON SUPPLY, INC.,

Defendants.

-------------------------------------------------------------------------x

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF WESTCHESTER      )

Giacchino James Russo, Esq., being duly sworn, deposes and says:

1.    I am a member of the bar of this Court and am associated with the firm Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, the attorneys of record for the Plaintiffs, Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B., Industry Advancement and Legal Services Fund. I am fully familiar with the facts set forth herein, and submit this Affidavit with the annexed Substitution of Attorney pursuant to Local Civil Rule 1.4 of the Local Civil Rules of the United States District Court for the Southern and Eastern Districts of New York.