UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
Trustees of the Teamsters Local 456 Pension, Health & Welfare
Annuity, Education & Training, S.U.B. Industry Advancement
and Legal Services Funds and the Westchester Teamsters Local
Union No. 456,

                                  Plaintiffs,

   -against-                                                 08 Civ.4321 (CS)

                                                              **SUBSTITUTION OF ATTORNEY**

PUTNAM STONE & MASON SUPPLY, INC.,
                                  Defendants.
------------------------------------------------------------------x

     PLEASE TAKE NOTICE, that Karin Arrospide, Esq., who was counsel of record for Plaintiff(s) in this action, is no longer associated with this firm, and that Giacchino Russo, Esq. is hereby substituted as counsel of record.

Dated: Elmsford, NY
        August __, 2008

                                               Barnes, Iaccarino, Virginia,
                                               Ambinder & Shepherd, PLLC

                                               By: _____
                                               Giacchino Russo, Esq. (GR8313)
                                               258 Saw Mill River Road
                                               Elmsford, NY 10523
                                               (914) 592-1515

SO ORDERED:
_____
HONORABLE JUDGE CATHY SEIBEL, U.S.D.J

Date: 8/27/08
White Plains, NY